# EXHIBIT 1

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Operation 818 | Investigation Number: | Report Number: 49 |
|---|---|---|

## SUMMARY OF EVENT:

On July 31, 2009, Special Agents (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Bureau of Immigration and Customs Enforcement (ICE), and the Los Angeles Police Department (LAPD) served Federal Search Warrants and an Arrest Warrant for Edgardo PRADO CASTANEDA, aka "Primo," at ▇▇▇ Drive, Azusa, California 91702.

## NARRATIVE:

1. On July 30, 2009, SA Van Bennekum obtained a Federal Arrest Warrant for Edgardo PRADO CASTANEDA, aka "Primo." In addition, SA Van Bennekum obtained Federal Search Warrants for PRADO's residence, ▇▇▇ Drive, Azusa, California, and vehicles, a 2007 GMC Denali (CA license plate ▇▇▇) and 2003 Chevrolet Trailblazer (CA license plate ▇▇▇).

2. On July 31, 2009, Agents with ATF, ICE, and LAPD served the Federal Search Warrants and Arrest Warrant for PRADO CASTANEDA, at ▇▇▇ Drive, Azusa, California 91702.

3. At approximately 4:00 a.m. on this same date, LAPD Special Weapons and Tactics Unit (SWAT) made notice at the residence at ▇▇▇ Drive. During this time, no one exited the residence. PRADO CASTANEDA then called 911, and dispatchers placed him in contact with LAPD Officers on the scene, who explained that they were there to serve a Search Warrant for the residence. PRADO CASTANEDA refused to exit the residence. After approximately a half hour PRADO CASTANEDA and other occupants exited the residence. PRADO CASTANEDA was placed in handcuffs and was seated in the rear seat of an LAPD vehicle.

4. The remainder of the occupants were escorted to the sidewalk across the street while LAPD cleared the residence. These individuals were field interviewed by LAPD. The following individuals were identified as residing in the main residence:

   - Miguel DURAN (DOB: ▇▇/55)
   - Alicia DURAN (DOB: ▇▇/65)
   - ▇▇▇▇▇▇▇ (DOB: ▇▇/05)

| Prepared by: Lauren K. Scoll | Title: Special Agent, Van Nuys (Achilles/Firearms) Field Office | Signature: | Date: 8/3/09 |
|---|---|---|---|
| Authorized by: Annette M. Starks | Title: Resident Agent in Charge, Van Nuys (Achilles/Firearms) Field Office | Signature: | Date: |
| Second level reviewer (optional): John A. Torres | Title: Special Agent in Charge, Los Angeles Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

001

- Micalba DURAN (DOB: ▮/76)
- ▮ (DOB: ▮/91)
- ▮ (DOB: ▮/91)

5. The following individuals were identified as living in the back area of the residence in a trailer:

- Guadalupe RAMIREZ (DOB: ▮/12/62)
- ▮ (DOB: ▮/91)

6. SA Scoll made contact with Miguel DURAN, who identified himself as the owner of the residence. Micalba DURAN assisted in the Spanish translation of the conversation. Miguel DURAN advised he is the father of PRADO CASTANEDA's girlfriend, Gabriela DURAN, and stated that PRADO CASTANEDA rents a room from him. PRADO CASTANEDA lives in the converted garage area of the residence with Gabriela DURAN, and their son, ▮ DURAN. This room is accessed through the kitchen area of the residence. Micalba DURAN advised that the GMC Denali and Chevrolet Trailblazer are owned by PRADO CASTANEDA. They stated Gabriela DURAN was currently at Los Angeles County hospital for surgery.

7. At approximately 5:45 a.m., SA Scoll read the Search Warrants for the residence and vehicles to PRADO CASTANEDA, while he was seated in the LAPD vehicle.

8. At approximately 6:00 a.m., SA Scoll read the Search Warrants for the residence and vehicles to Miguel DURAN, with the assistance of Guillermo GRENADOS for Spanish translation.

9. ICE SA DeWitt took pre-search photos of the residence. SA Scoll took post-search photos. SA Leong drew a diagram of the residence.

10. The following items were recovered from PRADO CASTANEDA's bedroom:

- Mossberg model 500A, 12 gauge shotgun (S/N L678724), loaded with one 12 gauge round of ammunition, recovered from on top of the headboard
- Seven rounds of 12 gauge shot shells, located in the top dresser drawer
- Pistol magazine found inside the open safe within the closet
- Panasonic digital camera
- Dish Network statement in the name of Edgardo PRADO, ▮

11. The following items were recovered from Miguel DURAN's bedroom. Miguel Duran informed SA Van Bennekum that these firearms were his "collection" and were registered to him, including the Ratmil rifle, which is considered an assault rifle under California law.

- Ratmil rifle, model Romak 1, 7.62 caliber, S/N 1-11612-97
- 40 round high capacity magazine and 5 round magazine loaded with 18 rounds 7.62 ammunition, recovered from long gun case that held Ratmil rifle
- 40 rounds 7.62 ammunition recovered from long gun case that held Ratmil rifle
- Spanish Military rifle, model M16, .308 caliber, S/N 3Z1158
- Marlin rifle, model 336W, .30-.30 caliber, S/N 01032812
- Russian rifle, model M44, 7.62 caliber, S/N M44042894

- Ruger rifle, model M77, .30-06 rifle, S/N 71-24743
- Colt pistol, model Government, .45 caliber, S/N FR25894E
- Springfield Armory, model 1911-A1, 9mm, S/N NM221648
- Smith & Wesson, model PPK/S-1, .380 caliber, S/N 7260BAE

12. The following items was recovered from a black leather bag found in the closet of Francisco DURAN's bedroom:

    - Smith & Wesson, model 29-2, .44 caliber, S/N N684772
    - One box containing 50 rounds of .44 caliber ammunition

13. A black semi-automatic pistol (S/N AEM00120) with no magazine was recovered from the living room floor. This firearm was later determined to be an air soft pistol.

14. At approximately 8:00 a.m., SA Scoll provided copies of all three Search Warrants to Miguel DURAN, along with a copy of the items seized from the residence, as witnessed by SA Van Bennekum. All law enforcement personnel then left the residence, concluding the search. SA Scoll took custody of all items seized and transported them to the ATF Van Nuys Field Office for processing and storage.

ATTACHMENT:
   Receipt for Property and Other Items
   Diagram of Residence



July 5, 2009 0714hrs
Drawn by SA Ken Leong

Azusa, CA

004

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page _1_ of ___ | Case/Inspection Number | Case/Inspection Title | Office: VAN NUYS |
|---|---|---|---|
| Taken from: (name, title, address, if appropriate) [REDACTED] AZUSA, CA 91702 | | DRIVE | Recipient: (name, title, address, if appropriate) ATF VAN NUYS |
| Location of Transfer or Seizure: SAME | | | Basis for Transfer or Seizure of Items: SEARCH WARRANT |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | BLACK PISTOL S/N AEM00120 |
| 1 | ROUND BUCKSHOT AMMO |
| 1 | MOSSBERG 500A 12 GAUGE S/N U678724 |
| 1 | PISTOL MAGAZINE |
| 1 | BAG CONTAINING 2 MAGAZINES + 2 BOXES 7.62x39 AMMO |
| 1 | RUGER MODEL M77 30-06 S/N 71-24743 |
| 1 | ROMAK/RATMIL RIFLE S/N 1-H612-97 |
| 1 | UNK MAKE + MODEL 7.62 RIFLE S/N 621158 |
| 1 | MARLIN MODEL 336W 30.0 S/N 01032812 |
| 1 | RUSSIAN M44 RIFLE 7.62x54R S/N M4404 2894 |
| 1 | SPRINGFIELD MOD 1911-A1 PISTOL 9mm S/N 9MA22164 |
| 1 | COLT GOVERNMENT MODEL PISTOL .45 S/N FR25894E |
| 1 | WALTHER PPK/S 380 9mm PISTOL S/N 726013AE |
| 1 | SMITH & WESSON MODEL 29-2 .44 CAL REVOLVER S/N N684772 |
| 1 | BOX CONTAINING 50 ROUNDS .44 CAL AMERICAN EAGLE AMMO |
| 1 | BOX AMERICAN EAGLE .38 CAL AMMO CONTAINING 628 ROUNDS |
| 1 | LUMIX DIGITAL CAMERA |
| 1 | DISH NETWORK STATEMENT |
| 1 | 7 ROUNDS WINCHESTER SHOTGUN AMMO |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: (signature) _____ Date ____
Transferred by: (signature, if appropriate) _____ Date ____ Witnessed by: (signature) _____ Date ____

ATF E-Form 3400.23
Revised March 2005

005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Operation 818 | Investigation Number: | Report Number: 50 |
|---|---|---|

**SUMMARY OF EVENT:** On July 31, 2009, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Van Bennekum and Los Angeles Police Department (LAPD) Detective De La Torre conducted a post arrest interview of Edgardo PRADO at LAPD Central Division.

## NARRATIVE:

On July 31, 2009, PRADO was interviewed by SA Van Bennekum and Detective De La Torre. PRADO was advised of his Miranda Rights, stated he understood them, signed a waiver of those rights and voluntarily agreed to answer questions during the interview. The following is a synopsis of the interview. For further details refer to E-43:

- PRADO stated he did not have any idea why he was arrested.

- PRADO stated the shotgun found in his room was his father in laws.

- PRADO stated his father in law is named Miguel Duran. PRADO said he lives in Miguel Duran's house with his fiancée.

- PRADO stated he has several cars including a white Chevy Blazer.

- PRADO stated he knows a lot of people who have guns. PRADO stated "when they want to get rid of the guns I go ahead and sell them…".

- PRADO stated he only sells legal guns. PRADO stated illegal guns are firearms that do not have the proper paperwork.

- PRADO then clarified he has never sold a gun he is a "middle person".

- PRADO gave the following example. Someone approaches PRADO and asks for a gun. If PRADO knows his father in law has a gun for sale PRADO will introduce them and his father in law and the person will do the transaction.

| Prepared by: Jason C. VanBennekum | Title: Special Agent, Van Nuys (Achilles/Firearms) Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Annette M. Starks | Title: Resident Agent in Charge, Van Nuys (Achilles/Firearms) Field Office | Signature: | Date: |
| Second level reviewer (optional): John A. Torres | Title: Special Agent in Charge, Los Angeles Field Division | Signature: | Date: |

- PRADO then clarified that neither he nor his father in law have sold any guns.

- PRADO again stated he has not sold any guns.

- PRADO said "Chevy" is his neighbor.

- PRADO stated he did not know the white guy (BLANKS).

- PRADO said Victor (VELASQUEZ) is his friend.

- PRADO stated he was born in Michoacán, Mexico.

- PRADO stated he owns a white Chevrolet Blazer and a Black GMC Denali with Louis Vutton interior and big rims.

- When asked if PRADO ever placed a large number of firearms on a table with money in his house and took a picture, PRADO stated yes.

- PRADO went on to explain that he has a lot of nephew and nieces and most of them want to show off. PRADO stated he was setting up the table so that the nieces and nephews would be impressed with him.

- PRADO stated he was familiar with AK-47's and called them "cuerno de chivo" slang for AK-47 in Spanish language.

- PRADO stated he has never sold narcotics. PRADO explained he talks about it but only because he likes to "show-off" for his nephews.

ATTACHMENT:

Miranda Rights Form