Name  Gary P. Burcham
Address  964 Fifth Avenue, Suite 300
City, State, Zip  San Diego, CA 92101
Phone  (619) 699-5930
Fax  (619) 699-5932
E-Mail  gburcham@sbcglobal.net
☐ FPD   ☐ Appointed   ☒ CJA   ☐ Pro Per   ☐ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 09CR0826-GW |
| v. | |
| Edgardo Prado Castaneda | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ Edgardo Prado Castaneda _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☒ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:
   120 Months

☒ Bail status:
   BOP Custody

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____ June 28, 2012 _____. Entered on the docket in this action on ___ 7/3/12 ___.

A copy of said judgment or order is attached hereto.

___ 7/5/12 ___
Date

___ Signature ___
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.   CR 09-826-GW                                                    Date   June 28, 2012

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter   None

| Javier Gonzalez | Pat Cuneo | Justin Rhoades |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Edgardo Prado Castaneda | ✔ | ✔ | | Gary Burcham | ✔ | ✔ | |

Proceedings:   **RE-SENTENCING**

For reasons stated on the record, Defendant Edgardo Prado Castaneda is not eligible for the "safety valve" criteria because of factor four in 18 U.S.C. § 3553(f). Court imposes the same sentence and supervised release under the same terms and conditions.

                                                                    :   12

                                            Initials of Deputy Clerk   JG

cc:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )        U.S.D.C. No. 09CR0826-GW
                             )
    Plaintiff-Appellee,      )        CERTIFICATE OF SERVICE
v.                           )
                             )
EDGARDO PRADO CASTANEDA,)
                             )
    Defendant-Appellant.     )
_____ )

IT IS HEREBY CERTIFIED THAT:

    I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appeal on the following party or parties by electronically filing the foregoing with the Clerk of the District Court:

Justin Rhoades

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2012.

s/ Gary P. Burcham
GARY P. BURCHAM